UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joshua Edward Carlson,                                      Civil 04-4732 JNE/FLN

    Petitioner,

v.                                                          O R D E R

Robert Feneis, Warden,
M.C.F. Rush City, Minnesota D.O.C.,

    Respondent.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 22, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's petition for writ of habeas corpus [#1] is DENIED, and this case is dismissed with prejudice.


DATED: August 22, 2005.        s/ Joan N. Ericksen
at St. Paul, Minnesota          JUDGE JOAN N. ERICKSEN
                                      United States District Court